

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-22-00371-CR**

**IN RE EMANUEL HARRISON**

**Original Proceeding**

**From the 12th District Court**
**Walker County, Texas**
**Trial Court No. 30202**

## MEMORANDUM OPINION

Emanuel Harrison, acting pro se, has presented a Petition for Writ of Mandamus, which was filed on November 10, 2022.

There are procedural problems with this petition, such as no service on the trial court judge, as the respondent, and no service on the State, as the real-party-in-interest, no certification, no record, and no certified or sworn-to copy of any document showing the matter complained of as required by the Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.5, 52.3(j), (k)(1)(A), and 52.7. However, to expedite this decision, we use Rule 2 to suspend the operation of these rules. TEX. R. APP. P. 2.

In his petition, Harrison complains that the trial court has not ruled on two pro se

motions filed in his underlying criminal proceeding. However, Harrison also indicates that he is represented by counsel who, according to Harrison, will not present Harrison's motions to the trial court for him.

A defendant in a criminal proceeding is not entitled to hybrid representation. *See Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007). As long as Harrison is represented by counsel, the trial court has no duty to rule on a pro se motion absent extraordinary circumstances not presented here. *See id.*

Accordingly, the Petition for Writ of Mandamus, filed on November 10, 2022, is denied.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Petition denied
Opinion delivered and filed November 30, 2022
Do not publish
[OT06]

